KENNETH DEREK ANTHONY PILLAY
587 Middlebury Drive,
Sunnyvale, California 94087-1319
Telephone: (408)674-4484
Email: ken@pillay.com

Plaintiff

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| KENNETH DEREK ANTHONY PILLAY,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Additional Defendants in the ADDITIONAL<br><br>DEFENDANTS ATTACHMENT TO<br><br>SUMMONS IN A CIVIL ACTION, and<br><br>DOES 1 through 100, inclusive,<br><br>Defendants. | CIVIL Action No.: 3:09-CV-02226 MHP<br><br>Document Number: 6<br><br>**NOTICE OF APPEAL**<br><br><br>Case Judge: Hon. MARILYN HALL PATEL<br><br>Division: San Francisco, California |

Plaintiff hereby appeals to the United States Court of Appeals for the Ninth Circuit from the MEMORANDUM & ORDER issued on June 4, 2009 by the Honorable Judge MARILYN HALL PATEL and entered in this action on June 5, 2009, which instantly dismissed Plaintiff's COMPLAINT filed on May 20, 2009.

Date: June 11, 2009

KENNETH DEREK ANTHONY PILLAY
Plaintiff

Pillay v. Cisco Systems Inc. et alia   U.S.D.C Northern District California   CIVIL Action No.: 3:09-CV-02226 MHP

## ADDITIONAL DEFENDANTS ATTACHMENT TO NOTICE OF APPEAL

### Additional Defendants:

**Cisco Systems Inc. ("Cisco") Executive Officers:**
1. SUSAN L. BOSTROM ("BORSTROM")
2. FRANK A. CALDERONI ("CALDERONI")
3. LARRY R. CARTER ("CARTER")
4. JONATHAN CHADWICK ("CHADWICK")
5. JOHN T. CHAMBERS ("CHAMBERS")
6. MARK CHANDLER ("CHANDLER")
7. WIM ELFRINK ("ELFRINK")
8. RICHARD J. JUSTICE ("JUSTICE")
9. RANDY POND ("POND")

**Cisco Board of Directors (excluding directors of the board of directors of Cisco who are also executive officers of Cisco):**
10. CAROL A. BARTZ ("BARTZ")
11. M. MICHELE BURNS ("BURNS")
12. MICHAEL D. CAPELLAS ("CAPELLAS")
13. BRIAN L. HALLA ("HALLA")
14. JOHN L. HENNESSEY ("HENNESSEY")
15. RICHARD M. KOVACEVICH ("KOVACEVICH")
16. RODERICK C. MCGEARY ("MCGEARY")
17. MICHAEL K. POWELL ("POWELL")
18. STEVEN M. WEST ("WEST")
19. JERRY YANG ("YANG")

**Other relevant entities or affiliated companies of Cisco:**
20. CISCO TECHNOLOGY, INC.   CA Corp. # C2030041
21. CISCO SYSTEMS HOLDINGS I, INC.   CA Corp. # C2575690