SUPERIOR COURT OF SANTA CLARA COUNTY IN THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN - 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff**: BANK OF AMERICA, N.A.

**Defendant**: KENNETH DEREK ANTHONY PILLAY

**Case No.**: 112CV2211381, 3:09-CV-02226 MHP

**Document No.**: __, 44

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant objects to Plaintiff's motion. Plaintiff's attorney, an Officer of the Trial Court of the State of California, asserts that Defendant's response to Plaintiff's original action has "no merit". Defendant is unclear as to what remaining window of opportunity exists for another Officer of that same Trial Court to counter Plaintiff's attorney's assertion. The Motion for Summary Judgment further appears to be an attempt to short-circuit the trial process.

Defendant has requested, and continues to request, this court for a jury trial for all matters in this case.

Respectfully submitted by KENNETH DEREK ANTHONY PILLAY

**Date**: May 25, 2012