United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH DEREK ANTHONY PILLAY,

    Plaintiff(s),

 vs.

CISCO SYSTEMS, INC., et al.,

    Defendant(s).
                                       /

No. C-09 02226 MHP

**ORDER STRIKING RESPONSE**

     Plaintiff has filed a "Defendant's Response to Plaintiff's Motion for Summary Judgment" in an action entitled "Bank of America v. Kenneth Derek Anthony Pillay". That action is not pending before this court. It appears to be an action pending in the California Superior Court for the County of Santa Clara. In this action, which plaintiff references by case number in his "Response", Mr. Pillay is the plaintiff and there is no summary judgment motion pending, nor has one ever been filed.

     The above-numbered action is not pending before this court, having been dismissed and the appeal taken by plaintiff from that order having been dismissed as well.

     Therefore, plaintiff shall cease filing or submitting any papers in the above-numbered action and the Clerk of Court shall not accept for filing any further papers in this action.

     IT IS SO ORDERED.

Date: June 19, 2012

                                                     MARILYN HALL PATEL
                                                     United States District Court Judge